# EXHIBIT A

**COMMONWEALTH OF KENTUCKY**
**CHRISTIAN CIRCUIT COURT**
**DIVISION \_\_\_\_\_**
**CASE NO. 21-CI-_____**
*Electronically Filed*

**CAROL CLARK, Individually and**
**as Ancillary Executrix for the ESTATE OF**
**JEFFREY W. CLARK, Deceased**
**104 W. Elm St.**
**Hartford, IL 62048**

                                                                              **PLAINTIFFS**

v.

**AMAZON LOGISTICS, INC.**
**410 Terry Ave. North**
**Seattle, WA 98109**

    *Serve:*    *Certified Mail*
                  **Corporation Service Company**
                  **421 West Main St.**
                  **Frankfort, KY 40601**

**And**

**ATLANTIC POSTAL SERVICES, INC.**
**2808 N. Fifth St., Ste. 501**
**St. Augustine, FL 32084**

    *Serve:*    *Certified Mail*
                  **Office of the Secretary of State**
                  **700 Capital Avenue, Ste. 86**
                  **Frankfort, KY 40601**

**And**

**POSTAL FLEET SERVICES, INC.**
**2808 N. Fifth St., Ste. 501**
**St. Augustine, FL 32084**

    *Serve:*    *Certified Mail*
                  **All American Agents of Process**
                  **c/o Gary W. Thompson**
                  **771 Corporate Dr., Ste. 900**
                  **Lexington, KY 40503**

And

**O&M TRUCKING CO., LLC**
**d/b/a OMEGA MILE**
2808 N. Fifth St., Ste. 504
St. Augustine, FL 32084

    *Serve:*      *Certified Mail*
                      **Evilsizor Process Servers, LLC**
                      c/o James D. Leibman
                      403 West Main
                      Frankfort, KY 40601

And

**VILANO EMPLOYMENT SERVICES, INC.**
2808 N. Fifth St., Ste. 504
St. Augustine, FL 32084

    *Serve:*      *Certified Mail*
                      **Office of the Secretary of State**
                      700 Capital Avenue, Ste. 86
                      Frankfort, KY 40601

And

**VILANO MANAGEMENT SERVICES, INC.**
1622 Lebanon Pike
Nashville, TN 37210

    *Serve:*      *Certified Mail*
                      **Office of the Secretary of State**
                      700 Capital Avenue, Ste. 86
                      Frankfort, KY 40601

And

**TRANSPORT LEASING/CONTRACT, INC.**
6160 Summit Dr., Ste. 500
Brooklyn Center, MN 55430

    *Serve:*      *Certified Mail*
                      **Office of the Secretary of State**
                      700 Capital Avenue, Ste. 86
                      Frankfort, KY 40601

And

**PEOPLEASE LLC**
**210 Wingo Way, Ste. 400**
**Mount Pleasant, SC 29464**

    *Serve:*     *Certified Mail*
                  **Corporate Creations Network, Inc.**
                  **101 N. 7th St.**
                  **Louisville, KY 40202**

And

**PLC SERVICES, LLC**
**2611 Waterfront Pkwy. East Dr., Ste. 310**
**Indianapolis, IN 46214**

    *Serve:*     *Certified Mail*
                  **Office of the Secretary of State**
                  **700 Capital Avenue, Ste. 86**
                  **Frankfort, KY 40601**

And

**THE PHOENIX INSURANCE COMPANY**
**One Tower Square**
**Hartford, CT 06183**

    *Serve:*     *Certified Mail*
                  **Corporation Service Company**
                  **421 West Main St.**
                  **Frankfort, KY 40601**

And

**GEICO INSURANCE COMPANY**
**One GEICO Center**
**Macon, GA 31295**

    **SERVE: Certified Mail**
            **Franklin Silva**
            **One GEICO Center**
            **Macon, GA 31295**
            *Registered Agent*

And

3

**DALTON DODD**
**703 Penbrook Place**
**Clarksville, TN 37042**

     *Serve:*    *Certified Mail*
                  **Office of the Secretary of State**
                  **700 Capital Avenue, Ste. 86**
                  **Frankfort, KY 40601**

                                                   **DEFENDANTS**

---

### COMPLAINT WITH JURY DEMAND

---

     Comes now Plaintiffs, Carol Clark, Individually and as Ancillary Executrix for the Estate of Jeffrey W. Clark, deceased, and for her causes of action against Defendants states:

     1.     At all times relevant hereto, Plaintiff's decedent, Jeffrey W. Clark, was a resident of Madison County, Illinois and died on June 26, 2020. On November 5, 2020, Carol Clark was appointed Special Administrator for the Estate of Jeffrey W. Clark, deceased, by the Third Judicial Circuit Court in Madison County, Illinois. On November 18, 2020, Carol Clark was appointed Ancillary Executrix for the Estate of Jeffrey W. Clark, deceased by the Christian District Court. A copy of the Madison County, Illinois and Christian District Court Orders are attached hereto as Exhibits 1 and 2, incorporated and adopted by reference pursuant to Civil Rule 10.03.

     2.     At all times relevant hereto, Plaintiff, Carol Clark, was and remains a citizen and resident of Madison County, Illinois. Carol Clark was the wife of Jeffrey W. Clark, deceased.

     3.     Carol Clark brings this action on behalf of the Estate of Jeffrey W. Clark, deceased, including the wrongful death beneficiaries, pursuant to the Survival of Actions Statute (K.R.S. § 411.140), the Wrongful Death Statute (K.R.S. §411.130) and the Joinder Statute (K.R.S. § 411.133).

4.     At all times relevant hereto, Amazon Logistics, Inc. (hereinafter "Amazon") was and remains a corporation organized and existing under the laws of the State of Delaware with its principal place of business in King County, Washington thereby making it a citizen of Washington. Amazon has designated Corporation Service Company, 421 West Main St., Frankfort, KY 40601 as its agent for service of process.

5.     At all times relevant hereto, Defendant, Atlantic Postal Services, Inc. (hereinafter "Atlantic Postal") was and remains a corporation organized and existing under the laws of the State of Florida with its principal place of business in St. Johns County, Florida thereby making it a citizen of Florida. Atlantic Postal has statutorily designated the Kentucky Secretary of State as its agent for service of process pursuant to KRS 454.210.

6.     At all times relevant hereto, Defendant, Postal Fleet Services, Inc. (hereinafter "Postal Fleet") was and remains registered with the Federal Motor Carrier Safety Administration with a USDOT number of 1061289 and is a corporation organized and existing under the laws of the State of Delaware, but also is a foreign corporation in the State of Florida with its principal place of business in St. Johns County, Florida thereby making it a citizen of Florida. Postal Fleet has designated All American Agents of Process, Gary W. Thompson, 771 Corporate Drive, Suite 900 Lexington, KY 40503 as its designated agent for service of process according to its Form BOC-3 filed with the Federal Motor Carrier Safety Administration pursuant to 49 CFR 366.

7.     Around the time of this fatal crash, Postal Fleet had over 1,000 trucks and over 2,100 drivers who, in 2019, had driven over 93,000,000 miles on the nation's interstates and roadways used by the motoring public.

8.     At all times relevant hereto, Defendant, O&M Trucking Co., LLC d/b/a Omega Mile (hereinafter "Omega Mile") was and remains registered with the Federal Motor Carrier

Safety Administration with a USDOT number of 1262324 and is a limited liability company organized and existing under the laws of the State of Minnesota, but also is a foreign limited liability company in the State of Florida with its principal place of business in St. Johns County, Florida thereby making it a citizen of Florida. The sole Manager of this Limited Liability Company is Atlantic Postal Services, Inc., which is a citizen of St. Johns County, Florida. Omega Mile has designated Evilsizor Process Servers, LLC, James Dean Leibman, 403 West Main St., Frankfort, KY 40601 as its designated agent for service of process according to its Form BOC-3 filed with the Federal Motor Carrier Safety Administration pursuant to 49 CFR 366.

9. Around the time of this fatal crash, Omega Mile had 120 trucks and over 130 drivers who, in 2019, had driven over 1,350,000 miles on the nation's interstates and roadways used by the motoring public.

10. At all times relevant hereto, Defendant, Vilano Employment Services, Inc. (hereinafter "Vilano Employment") was and remains a corporation organized and existing under the laws of the State of Florida with its principal place of business in St. Johns County, Florida thereby making it a citizen of Florida. Vilano Employment has statutorily designated the Kentucky Secretary of State as its agent for service of process pursuant to KRS 454.210.

11. At all times relevant hereto, Defendant, Vilano Management Services, Inc. (hereinafter "Vilano Management") was and remains a corporation organized and existing under the laws of the State of Tennessee with its principal place of business in St. Johns County, Florida thereby making it a citizen of Florida. Vilano Management has statutorily designated the Kentucky Secretary of State as its agent for service of process pursuant to KRS 454.210.

12. At all times relevant hereto, Defendant, Transport Leasing/Contract, Inc. (hereinafter "Transport Leasing") was and remains a corporation organized and existing under the laws of the State of Minnesota with its principal place of business in Hennepin County, Minnesota thereby making it a citizen of Minnesota. TLC has statutorily designated the Kentucky Secretary of State as its agent for service of process pursuant to KRS 454.210.

13. At all times relevant hereto, Defendant, PEOPLEASE, LLC (hereinafter "PEOPLEASE") was and remains a limited liability company organized and existing under the laws of the State of South Carolina with its principal place of business in Charleston County, South Carolina thereby making it a citizen of South Carolina. The Members of this Limited Liability Company are Chris Abetz, Chris Munro and Jerry White, all of which are citizens of South Carolina. PEOPLEASE has designated Corporate Creations Network, Inc., 101 N. 7th St., Louisville, KY 40202 as its agent for service of process.

14. At all times relevant hereto, Defendant, PLC Services, LLC, Inc. (hereinafter "PLC Services") was and remains a limited liability company organized and existing under the laws of the State of Indiana with its principal place of business in Marion County, Indiana thereby making it a citizen of Indiana. The Members of this Limited Liability Company are Chris Abetz, Chris Munro and Jerry White, all of which are citizens of South Carolina. PLC Services has statutorily designated the Kentucky Secretary of State as its agent for service of process pursuant to KRS 454.210.

15. At all times relevant hereto, Defendant, The Phoenix Insurance Co. (hereinafter "The Phoenix") is a foreign insurance company with its principal place of business in Hartford County, Connecticut thereby making it a citizen of Hartford, but has registered with and been approved to do business in Kentucky. The Phoenix regularly solicits and accepts business in the

7

Commonwealth of Kentucky and has gained substantial profits from such solicitation and acceptance, thereby benefiting from and being subject to Kentucky's regulatory insurance laws. The Phoenix has designated Corporation Service Company, 421 West Main St., Frankfort, KY 40601 as its agent for service of process.

16. At all relevant times, GEICO Insurance Company (hereinafter "GEICO") is a foreign insurance company with its principal place of business in Macon, Georgia, but has registered with and been approved to do business in Kentucky and has designated Franklin Silva as its agent for service of process. Additionally, GEICO regularly solicits and accepts business in the Commonwealth of Kentucky and has gained substantial profits from such solicitation and acceptance, thereby benefiting from and being subject to Kentucky's regulatory insurance laws.

17. At all times relevant hereto, Defendant Dalton Dodd (hereinafter "Dodd") was a citizen of Davidson County, Tennessee. Dodd has statutorily designated the Kentucky Secretary of State as its agent for service of process pursuant to KRS 454.210.

18. The incident which forms the basis of this litigation occurred on June 26, 2020 in Christian County, Kentucky.

19. Jurisdiction and venue are proper as the events giving rise to this case of action occurred in Christian County, Kentucky.

20. The amount in controversy exceeds the minimum jurisdiction of the Christian Circuit Court.

21. On June 26, 2020, at approximately 8:00 a.m., Johnny Ray Clark, Jr., deceased, a non-party to this action, was operating a 2018 International MA025 box truck eastbound on Interstate 24 in Christian County, Kentucky.

22. Upon information and belief, Johnny Ray Clark, Jr., deceased, was operating the box truck on behalf of Amazon, Atlantic Postal, Postal Fleet and/or Omega Mile.

23. At all relevant times, Johnny Ray Clark, Jr., deceased, was the employee, agent, servant, and/or statutory employee of Amazon, Atlantic Postal, Postal Fleet and/or Omega Mile, operating for their benefit, in furtherance of their interests and/or within the course and scope of his employment with them. Accordingly, Amazon, Atlantic Postal, Postal Fleet and/or Omega Mile are vicariously liable for the acts of Johnny Ray Clark, Jr.

24. At all relevant times, Amazon, Atlantic Postal, Postal Fleet and/or Omega Mile acted as and/or operated and conducted business as a single entity and/or joint venture.

25. At the same time and place, Dodd was operating a 2006 Pontiac G6 westbound on Interstate 24 in the left lane in Christian County, Kentucky.

26. At the same time and place, Plaintiff Jeffrey W. Clark, deceased, was operating a 2016 Western Star tractor with a trailer attached westbound on Interstate 24 in the right lane in Christian County, Kentucky. Upon information and belief, Jeffrey W. Clark was operating the tractor trailer on behalf of Matejcic Carr, Inc., a non-party to this action.

27. Johnny Ray Clark, Jr., deceased, operated his tractor trailer in a negligent, careless and reckless manner causing a significant crash resulting in serious injuries to and ultimately, the death of Jeffrey W. Clark, deceased, for which Amazon, Atlantic Postal, Postal Fleet and/or Omega Mile are vicariously liable.

28. Johnny Ray Clark, Jr., deceased, violated state and federal statutes and regulations, including but not limited to KRS 189.290, KRS 189.300, KRS 189.390, 601 KAR 1:005 and 49 C.F.R. §§ 350-399, which were promulgated to protect the safety of a class of people that includes Jeffrey W. Clark, deceased, and constitutes negligence per se pursuant to KRS 446.070

9

and Kentucky case law, for which Amazon, Atlantic Postal, Postal Fleet and/or Omega Mile are vicariously liable.

29. Upon information and belief, Johnny Ray Clark, Jr. had not driven a commercial motor vehicle since approximately 2012, had provided inaccurate and/or false information on his application, his Class A CDL had been suspended for several years (however, the truck he was driving on June 26, 2020 was 25,999 lbs., so it did not require a CDL), he had multiple prior violent felony convictions, in June 2020 had provided two (2) forged DOT Medical cards, and in April 2020 was caught on camera operating a commercial motor vehicle while using a handheld cell phone, driving over 20 mph in excess of the speed limit, smoking while driving and not wearing a seatbelt.

30. Amazon, Atlantic Postal, Postal Fleet and/or Omega Mile had a duty to act reasonably in hiring, instructing, training, supervising and retaining its drivers and other employees and agents, including Johnny Ray Clark, Jr., deceased, and to promulgate and enforce policies, procedures, and rules to ensure that its drivers and vehicles were reasonably safe.

31. Amazon, Atlantic Postal, Postal Fleet and/or Omega Mile had a duty to exercise reasonable care in entrusting its vehicles and equipment to competent, qualified and responsible drivers.

32. Amazon, Atlantic Postal, Postal Fleet and/or Omega Mile were negligent, careless and reckless with regard to the duties set forth in Paragraphs, 29-31, above, causing serious injuries to and ultimately, the death of Jeffrey W. Clark, deceased, for which they are directly liable.

33. Amazon, Atlantic Postal, Postal Fleet and/or Omega Mile violated state and federal statutes and regulations, including but not limited to KRS 189.224, 601 KAR 1:005 and 49

10

C.F.R. §§ 350-399, which were promulgated to protect the safety of a class of people that includes Jeffrey W. Clark, deceased, and constitutes negligence per se pursuant to KRS 446.070 and Kentucky case law, for which they are directly liable.

34. Amazon had a duty to ensure that the companies it contracted with, including Atlantic Postal, Postal Fleet and/or Omega Mile, had appropriate safety practices for operating commercial motor vehicles, including compliance with 49 C.F.R. §§ 350-399 and verifying Safety Measurement System data.

35. Amazon failed to look into the safety practices of Atlantic Postal, Postal Fleet and/or Omega Mile to see if Atlantic Postal, Postal Fleet and/or Omega Mile were hiring, training, supervising and retaining competent, qualified and responsible drivers.

36. Amazon had a duty to exercise reasonable care in the employment, hiring and/or selection of competent and careful independent contractors and/or motor carriers, including Atlantic Postal, Postal Fleet and/or Omega Mile, to transport property which involves a risk of physical harm unless skillfully and carefully done.

37. Amazon knew or should have known that Atlantic Postal, Postal Fleet and/or Omega Mile failed to possess the knowledge, skill and experience necessary to transport freight and/or goods without creating an unreasonable risk of injury to others.

38. Amazon was negligent, careless and reckless with regard to the duties set forth in Paragraphs, 34-37, above, causing serious injuries to and ultimately, the death of Jeffrey W. Clark, deceased, for which they are directly liable.

39. Vilano Employment, Vilano Management, Transport Leasing, PEOPLEASE and/or PLC Services had a duty to exercise reasonable care in the employment, hiring,

placement, qualification, screening, selection and/or vetting of competent, qualified and responsible drivers, including Johnny Ray Clark, Jr., deceased.

40. Vilano Employment, Vilano Management, Transport Leasing, PEOPLEASE and/or PLC Services knew or should have known that Johnny Ray Clark, Jr., deceased, was not a competent, qualified and responsible driver.

41. Vilano Employment, Vilano Management, Transport Leasing, PEOPLEASE and/or PLC Services were negligent, careless and reckless with regard to the duties set forth in Paragraphs, 39-40, above, causing serious injuries to and ultimately, the death of Jeffrey W. Clark, deceased, for which they are directly liable.

42. Atlantic Postal, Postal Fleet and/or Omega Mile had a duty to exercise reasonable care in the employment, hiring, reliance upon and/or selection of competent and careful independent contractors including Vilano Employment, Vilano Management, Transport Leasing, PEOPLEASE and/or PLC Services to ensure they possessed the knowledge, skill and experience necessary for the employment, hiring, placement, qualification, screening, selection and/or vetting of competent, qualified and responsible drivers, including Johnny Ray Clark, Jr., deceased.

43. Atlantic Postal, Postal Fleet and/or Omega Mile failed to look into the competency and qualification of Vilano Employment, Vilano Management, Transport Leasing, PEOPLEASE and/or PLC Services to see if Vilano Employment, Vilano Management, Transport Leasing, PEOPLEASE and/or PLC Services were employing, hiring, placing, qualifying, screening, selecting and/or vetting competent, qualified and responsible drivers, including Johnny Ray Clark, Jr., deceased.

44. Atlantic Postal, Postal Fleet and/or Omega Mile knew or should have known that Vilano Employment, Vilano Management, Transport Leasing, PEOPLEASE and/or PLC

Services failed to possess the knowledge, skill and experience necessary for the employment, hiring, placement, qualification, screening, selection and/or vetting of competent, qualified and responsible drivers, including Johnny Ray Clark, Jr., deceased, without creating an unreasonable risk of injury to others.

45. Atlantic Postal, Postal Fleet and/or Omega Mile were negligent, careless and reckless with regard to the duties set forth in Paragraphs, 42-44, above, causing serious injuries to and ultimately, the death of Jeffrey W. Clark, deceased, for which they are directly liable.

46. As a direct and proximate result of the negligence and/or negligence per se of Johnny Ray Clark, Jr., deceased, Amazon, Atlantic Postal, Postal Fleet, Omega Mile, Vilano Employment, Vilano Management, Transport Leasing, PEOPLEASE, PLC Services and/or Dodd, the Plaintiff Jeffrey W. Clark, deceased, sustained serious injuries to his body, including multiple fractures, causing great physical pain, mental anguish in the moments before his death; suffered pre-impact freight causing severe emotional distress in the moments before his death; and was killed resulting in the destruction of his ability to labor and earn money as a result of his wrongful death, and his Estate was caused to incur burial and funeral expenses as well as the expenses of administration of his Estate.

47. As a direct and proximate result of the negligence and negligence per se of Johnny Ray Clark, Jr., deceased, Amazon, Atlantic Postal, Postal Fleet, Omega Mile, Vilano Employment, Vilano Management, Transport Leasing, PEOPLEASE PLC Services and/or Dodd, the Plaintiff Carol Clark suffered the loss of consortium, including the loss of services, assistance, aid, society, and companionship as a result of the wrongful death of her husband, Jeffrey W. Clark, deceased.

48. At all times relevant herein and at the time of the collision described above, Carol Clark and Jeffrey W. Clark, deceased, were covered under a policy of insurance with The Phoenix under Policy Number MR-2J016677-20-CAG, which included both uninsured and underinsured motorist coverage of $1,000,000, and which applies to the June 26, 2020 fatal collision. A copy of the policy is in the possession of The Phoenix, who issued same.

49. At all times relevant herein and at the time of the collision described above, Carol Clark and Jeffrey W. Clark, deceased, were covered under a policy of insurance with GEICO under Policy Number 4449-50-46-71, which included both uninsured and underinsured motorist coverage of $100,000 each person/$300,000 each occurrence, which applies to the June 26, 2020 fatal collision. A copy of the policy is in the possession of GEICO, who issued same.

50. It is believed that one or more of the Defendants may be uninsured motorists and/or underinsured motorists as those terms are defined and/or used in The Phoenix and/or GEICO policies.

51. In the event one or more of the Defendants are uninsured motorists and/or underinsured motorists, then The Phoenix and/or GEICO would be contractually obligated to compensate Carol Clark, Individually and as Ancillary Executrix for the Estate of Jeffrey W. Clark, deceased for those injuries and damages as set forth herein.

52. Amazon, Atlantic Postal, Postal Fleet, Omega Mile, Vilano Employment, Vilano Management, Transport Leasing, PEOPLEASE, and/or PLC Services acted recklessly, wantonly and/or with extreme indifference or reckless disregard for the consequences of their actions as well as exhibiting a reckless disregard for the life, safety and health of others, including Carol

14

Clark, Individually and as Ancillary Executrix for the Estate of Jeffrey W. Clark, deceased, warranting the imposition of punitive damages pursuant to KRS 411.184 and 411.186.

**WHEREFORE**, Plaintiffs, Carol Clark, Individually and as Ancillary Executrix for the Estate of Jeffrey W. Clark, deceased, hereby demand as follows:

    A.    Judgment against Defendants, Amazon Logistics, Inc., Atlantic Postal Services, Inc., Postal Fleet Services, Inc., O&M Trucking Co. LLC d/b/a Omega Mile, Vilano Employment Services, Inc., Vilano Management Services, Inc. Transport Leasing/Contract, Inc., PEOPLEASE LLC, PLC Services, LLC, The Phoenix Insurance Co., GEICO and Dalton Dodd, for a fair and reasonable amount in compensatory damages;

    B,    Judgment against Defendants, Amazon Logistics, Inc., Atlantic Postal Services, Inc., Postal Fleet Services, Inc., O&M Trucking Co. LLC d/b/a Omega Mile, Vilano Employment Services, Inc., Vilano Management Services, Inc. Transport Leasing/Contract, Inc., PEOPLEASE LLC, and PLC Services, LLC, for a fair and reasonable amount in punitive damages;

    C.    Trial by jury;

    D.    For summons to issue as directed in the caption by certified mail; and

    E.    Any and all other relief to which the Plaintiffs may be entitled, including costs and post-judgment interest.

    Respectfully submitted

/s/ Jay R. Vaughn
Jay R. Vaughn (89682)
Hendy Johnson Vaughn Emery, P.S.C.
600 W. Main St., Ste. 100
Louisville, KY 40202
Tele:   (502) 540-5700
Fax:    (859) 578-4440
Email: jvaughn@JusticeStartsHere.com
*Counsel for Plaintiffs*



PLAINTIFF'S EXHIBIT 1



FILED
NOV 05 2020
CLERK OF CIRCUIT COURT #59
THIRD JUDICIAL CIRCUIT
MADISON COUNTY, ILLINOIS

IN THE CIRCUIT COURT
THIRD JUDICIAL CIRCUIT
MADISON COUNTY, ILLINOIS

IN RE THE ESTATE OF JEFFREY W. ) 
CLARK deceased ) No. 2020P 000449
 )

## ORDER

Upon written motion of Petitioner, Carol Clark, and the acceptance of office on behalf of Carol Clark who has priority filed herewith, the Court, being fully advised in the premises, HEREBY ORDERS that Carol Clark, of Madison County, Illinois, is hereby appointed Special Administrator for the purpose of bringing an action for the wrongful death of Jeffrey W. Clark.

ENTERED: NOV 05 2020

_____
JUDGE

Case 5:21-cv-00086-TBR   Document 1-1   Filed 06/30/21   Page 17 of 17 PageID #: 24

Filed                  20-P-00424      11/18/2020              Paige Parker, Christian Circuit Clerk
Filed                  21-CI-00423     05/17/2021              Paige Parker, Christian Circuit Clerk

AOC-805  
Rev. 10-05  
Page 3 of 3

Case No. 20-P-00424

**PLAINTIFF'S EXHIBIT 2**

IN RE: Estate of Jeffrey W. Clark

## ORDER

[✓] Petition filed this 14 day of Nov, 2020

[✓] Will tendered this 14 day of Nov, 2020

Upon hearing, the Will offered was proven by _____

and **ORDERED PROBATED** as the Last Will and Testament of Decedent this ____ day of _____, 2____.

The Court appoints: Carol Clark as (Ancillary)

[✓] Executor/Executrix OR [ ] Administrator/Administratrix of said estate and fixes bond in the sum of

$ 1,000.00  [ ] with surety OR [ ] without surety.

Date: 11/18, 2020

Judge's Signature

Distribution:  
 Case File  
 Revenue Cabinet

AS CLERK OF THE CHRISTIAN CIRCUIT/DISTRICT COURT I DO CERTIFY THAT THIS IS A TRUE AND CORRECT COPY OF THE ORIGINAL ENTERED OF RECORD IN MY OFFICE IN CHRISTIAN COUNTY, KENTUCKY THIS 11/19/20  
PAIGE PARKER, CHRISTIAN CIRCUIT CLERK  
BY _____ D.C.